UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                   )
ARCHER AVELIN                      )
f/k/a NATHAN B. GRAGE,             )
                                   )
          Plaintiff,               )
                                   )
     v.                            )          C.A. No. 20-457 WES
                                   )
SANDIE PATRICIA LEAH GRAGE         )
ROY a/k/a KYUNG AI YU,             )
                                   )
          Defendant.               )
_____)
```

**ORDER**

On November 4, 2020, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R.&R."), ECF No. 3, which recommended that Plaintiff's Application to Proceed in forma pauperis ("IFP Motion"), ECF No. 2, be granted, and that Plaintiff's Complaint, ECF No. 1, be dismissed without prejudice.  Specifically, Judge Almond determined that this Court has no subject matter jurisdiction over Plaintiff's claims.  See R.&R. 3.  Plaintiff has not filed any objection to the R.&R.  After reviewing the relevant papers, the Court ACCEPTS the R.&R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's IFP Motion, ECF No. 2, is GRANTED, and Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.


IT IS SO ORDERED.

_William E. Smith_
District Judge
Date: January 28, 2021